ODESSA F. HOWARD, Respondent, *v.* HANDLER BROS. & WINELL, INC., Appellant.

Argued March 11, 1952; decided April 23, 1952.

*John M. Aherne* and *John J. Martin* for appellant.

*Samuel D. Pressman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.